RCC

FILED
DECEMBER 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DUDEK & BOCK SPRING MANUFACTURING CO., an Illinois corporation, | ) ) ) | No. _____ **07 C 7192** |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGE BUCKLO** **MAGISTRATE JUDGE COLE** |
| ORTRONICS, INC., a Connecticut corporation, | ) ) ) | |
| Defendant. | ) ) | December 21, 2007 |

## NOTICE OF REMOVAL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that the defendant Ortronics, Incorporated ("Ortronics") hereby removes to this Court the state court action described below.

1. By Summons and Complaint dated November 21, 2007, the plaintiff, Dudek & Bock Spring Manufacturing Co. ("Dudek"), commenced a breach of contract action against Ortronics in the Circuit Court of Cook County, Illinois, County Department, Law Division. The action is entitled Dudek & Bock Spring Manufacturing Co. v. Ortronics, Inc., Case No. 2007L013162.

2. Ortronics was served with summons on November 27, 2007 and received a copy of Dudek's Complaint on the same date. Accordingly, this notice of removal is timely.

3. A copy of all process, pleadings and orders served upon Ortronics in the state court action are attached as *Exhibit A* ("*Ex. A*").

4. Ortronics removes this action from state court, invoking this Court's diversity jurisdiction, pursuant to 28 U.S.C. §§ 1332 and 1441.

ME1 6997569v.2

5. Plaintiff, Dudek, alleges that it "was and is a corporation organized and existing under the laws of the State of Illinois with a principal place of business at 5100 W. Roosevelt Road, Chicago, Illinois." *Ex. A*, ¶ 1. Accordingly, Dudek is a citizen of Illinois.

6. Defendant, Ortronics, was, at the time of the filing of this action, and still is, a corporation that was incorporated under the laws of the State of Connecticut and whose principal place of business is located at 125 Eugene O'Neill Drive, New London, Connecticut. Ortronics is not a citizen of Illinois.

7. Ortronics is the only defendant that has been served with a summons and complaint in this action.

8. This is a civil action between citizens of different states and there is complete diversity between the parties.

9. The amount in controversy in this action exceeds $75,000, exclusive of interest and costs. Dudek alleges in its Complaint that the sum of $200,785.38 is "due and owing." *Ex. A*, ¶¶ 15, 17. Ortronics disputes this entire amount.

WHEREFORE, Ortronics prays that this action be removed to the United States District Court for the Northern District of Illinois, Eastern Division.

Dated:  December 21, 2007

                          DEFENDANT, ORTRONICS, INC.

By: /s Thomas J. Lerdal
    Thomas J. Lerdal (il 066290044)
    *tlerdal@bannerwitcoff.com*
    BANNER & WITCOFF, LTD.
    10 S. Wacker Dr., Ste. 3000
    Chicago, Illinois 60606
    Tel: 312-463-5000
    Fax: 312-463-5001

    and

    William H. Bright (ct 02494)
    *wbright@mccarter.com*
    Vanessa D. Roberts (ct 21000)
    *vroberts@mccarter.com*
    MCCARTER & ENGLISH, LLP
    CityPlace I, 36th Floor
    185 Asylum Street
    Hartford, CT  06103
    Tel: 860-275-6700
    Fax: 860-724-3397

    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 21st day of December, 2007, a copy of the foregoing was served via First Class U.S. Mail on the following:

William T. Rodeghier, Esq.
111 W. Washington Street
Suite 1150
Chicago, IL 60602

      /s Thomas J. Lerdal
      Thomas J. Lerdal