IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DUDEK & BOCK SPRING MANUFACTURING CO., an Illinois corporation, | ) ) ) | No. 07 C 7192 |
| Plaintiff, | ) ) | |
| | ) | Judge Elaine E. Bucklo |
| v. | ) ) | |
| | ) | Magistrate Jeffrey Cole |
| ORTRONICS, INC., a Connecticut corporation, | ) ) ) | |
| Defendant. | ) ) | January 3, 2008 |

**STIPULATED MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the defendant Ortronics, Incorporated ("Ortronics") moves for an extension of time of thirty (30) days to answer or otherwise respond to the Complaint, making the answer due Monday, February 11, 2008.  Ortronics removed this action from state court on December 21, 2007.  The answer or other response is currently due on January 10, 2008.

Counsel for Ortronics contacted the offices of opposing counsel by telephone on January 2, 2008, and opposing counsel consented to the 30-day extension of time.

In support of this motion, Ortronics states as follows:

1. On or about November 21, 2007, the plaintiff, Dudek & Bock Spring Manufacturing Co. ("Dudek"), commenced a breach of contract action against Ortronics in the Circuit Court of Cook County, Illinois, County Department, Law Division.  The action is entitled Dudek & Bock Spring Manufacturing Co. v. Ortronics, Inc., Case No. 2007L013162.

2. On November 27, 2007, Dudek served Ortronics with its Summons and Complaint.

3. On December 21, 2007, Ortronics removed this action from state court, invoking this Court's diversity jurisdiction, pursuant to 28 U.S.C. §§ 1332 and 1441.

4. Ortronics' answer, or other response to the Complaint, is currently due by January 10, 2008.

5. Ortronics is a nonresident of Illinois and sufficient time was required to secure local counsel in Illinois and prepare removal papers for filing with the Court.

6. While preparation of Ortronics' answer or other response to the Complaint is underway, Ortronics will need additional time to complete the responsive documents. Ortronics anticipates that this work can be completed within thirty (30) days of the current filing date.

7. This is the defendant's first motion for extension of time with respect to this matter.

8. There is good cause to grant this motion.

WHEREFORE, Ortronics respectfully requests that the Court grant this motion for an extension of time of thirty (30) days, up to and including February 11, 2008.

Dated: January 3, 2008

                      DEFENDANT, ORTRONICS, INC.

By: /s Thomas J. Lerdal
    Thomas J. Lerdal (il 06290044)
    *tlerdal@bannerwitcoff.com*
    BANNER & WITCOFF, LTD.
    10 S. Wacker Dr., Ste. 3000
    Chicago, Illinois 60606
    Tel: 312-463-5000
    Fax: 312-463-5001

    and

    William H. Bright (ct 02494)
    *wbright@mccarter.com*
    Vanessa D. Roberts (ct 21000)
    *vroberts@mccarter.com*
    MCCARTER & ENGLISH, LLP
    CityPlace I, 36th Floor
    185 Asylum Street
    Hartford, CT 06103
    Tel: 860-275-6700
    Fax: 860-724-3397

    *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

On January 3, 2008, I electronically filed the foregoing STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT through the Court's ECF system, which will send a notice via electronic filing to all counsel of record, including counsel of record for the Plaintiff as indicated below:

    William T. Rodeghier, Esq.
    *w.rodeghier@sbcglobal.net*
    111 W. Washington Street
    Suite 1150
    Chicago, IL 60602

    /s Thomas J. Lerdal
    Thomas J. Lerdal

ME1 6998320v.1