IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DUDEK & BOCK SPRING MANUFACTURING CO., an Illinois corporation,<br>    Plaintiff,<br><br>v.<br><br>ORTRONICS, INC., a Connecticut corporation,<br><br><br>    Defendant. | No. 07 C 7192<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Jeffrey Cole<br><br><br><br>January 3, 2008 |

**NOTICE OF MOTION**

To: William T. Rodeghier, Esq.
   *w.rodeghier@sbcglobal.net*
   111 W. Washington Street
   Suite 1150
   Chicago, IL 60602
   Telephone: (312) 372-1155
   Facsimile: (312) 372-1974

   Attorney for Plaintiff, Dudek & Bock Spring
   Manufacturing, Co.

  Please take notice that on Wednesday, January 9, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Bucklo, or anyone sitting in her place, in courtroom 1441 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the DEFENDANT'S STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT, copies of which are hereby served upon you, this 3rd day of January, 2008.

Dated:  January 3, 2008

                DEFENDANT, ORTRONICS, INC.


By: /s Thomas J. Lerdal
    Thomas J. Lerdal (il 06290044)
    *tlerdal@bannerwitcoff.com*
    BANNER & WITCOFF, LTD.
    10 S. Wacker Dr., Ste. 3000
    Chicago, Illinois 60606
    Tel: 312-463-5000
    Fax: 312-463-5001

        and

    William H. Bright (ct 02494)
    *wbright@mccarter.com*
    Vanessa D. Roberts (ct 21000)
    *vroberts@mccarter.com*
    MCCARTER & ENGLISH, LLP
    CityPlace I, 36th Floor
    185 Asylum Street
    Hartford, CT  06103
    Tel: 860-275-6700
    Fax: 860-724-3397

    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

On January 3, 2008, I electronically filed the foregoing NOTICE OF MOTION through the Court's ECF system, which will send a notice via electronic filing to all counsel of record, including counsel of record for the Plaintiff as indicated below:

William T. Rodeghier, Esq.
*w.rodeghier@sbcglobal.net*
111 W. Washington Street
Suite 1150
Chicago, IL 60602

      /s Thomas J. Lerdal
      Thomas J. Lerdal