## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Dudek & Bock Spring Manufacturing Co.

              Plaintiff,

v.                  Case No.: 1:07−cv−07192
                 Honorable Elaine E. Bucklo

Ortronics Inc

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 4, 2008:

   MINUTE entry before Judge Elaine E. Bucklo :Defendant's motion for extension of time until 2/11/08 to answer [6] is granted. Scheduling Conference set for 2/1/08 is reset for 2/15/2008 at 09:30 AM.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.