IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DUDEK & BOCK SPRING MANUFACTURING CO., an Illinois corporation, | ) ) ) | No. 1:07-cv-07192 |
| Plaintiff, | ) ) | |
| | ) | Judge Elaine E. Bucklo |
| v. | ) ) | |
| ORTRONICS, INC., a Connecticut corporation, | ) ) ) | Magistrate Jeffrey Cole |
| Defendant. | ) ) ) | February 12, 2008 |

### REPORT OF PARTIES' PLANNING MEETING

1.  **Meeting.** Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, a meeting was held by telephone on February 12, 2008 at 2:45 p.m. CST between the following counsel:

    William T. Rodeghier for the plaintiff, Dudek & Bock Spring Manufacturing Co. ("Dudek"); and

    Vanessa D. Roberts for the defendant, Ortronics, Inc. ("Ortronics").

2.  **Pre-trial Schedule.** The parties jointly propose to the Court the following discovery plan:

    a.  Discovery will be needed on the following subjects: circumstances surrounding the alleged negotiation and execution of a contract between the parties which is the subject of this action; the nature of the business relationship between Dudek and Homaco, Inc. ("Homaco") and their course of dealing, if any; the effect of the anticipated merger between Ortronics and Homaco on the business relationship or course of dealing between the parties; whether a valid and enforceable contract

exists as alleged; if a valid and enforceable contract exists, whether either party fully performed under the contract or whether it was breached; whether Dudek satisfied all the conditions and provisions of the purchase orders; whether either party is entitled to damages and, if so, in what amount; whether Dudek failed to mitigate any damages; whether Dudek's claims are barred by the statute of limitations; whether Dudek's claims are barred by laches.

    b.    Disclosures pursuant to Rule 26(a)(1) are to be made by March 15, 2008. All discovery is to be commenced in time to be completed by September 1, 2008.

    c.    The parties expect they will need approximately eight depositions. Of that total, Plaintiff anticipates deposing three fact witnesses; Defendant anticipates deposing five fact witnesses.

    d.    Reports from retained experts under Rule 26(a)(2) are due:

        from plaintiff by May 15, 2008.

        from defendant by June 30, 2008.

    e.    All potentially dispositive motions should be filed by October 1, 2008.

    f.    Final pretrial order: Plaintiff to prepare proposed draft by November 1, 2008; parties to file joint trial pretrial order by November 15, 2008.

    g.    The case should be ready for trial by December 15, 2008, and at this time is expected to take approximately two to three days.

3.    **Settlement.**  The parties have considered the desirability of attempting to settle the case before undertaking significant discovery or motion practice. This is a breach of contract action in which the plaintiff claims damages in the amount of $200,785.38. Defendant disputes this claim in its entirety. Settlement is unlikely at this time.

4. **Consent.**  Parties do not consent unanimously to proceed before a Magistrate Judge.

Dated February 12, 2008

| PLAINTIFF, | DEFENDANT, |
|---|---|
| DUDECK & BOCK SPRING MANUFACTURING CO. | ORTRONICS, INC. |

By:   /s/ William T. Rodeghier                    By:    /s/ Vanessa D. Roberts

William T. Rodeghier
*w.rodeghier@sbcglobal.net*
111 W. Washington St., # 1150
Chicago, Illinois 60602
Tel: 312-372-1155

- Its Attorneys -

Vanessa D. Roberts (ct 21000)
*vroberts@mccarter.com*
MCCARTER & ENGLISH, LLP
CityPlace I, 36th Floor
185 Asylum Street
Hartford, CT  06103
Tel: 860-275-6700
Fax: 860-724-3397

and

Thomas Lerdal (il 06290044)
*tlerdal@bannerwitcoff.com*
BANNER & WITCOFF, LTD.
10 S. Wacker Dr., Ste. 3000
Chicago, Illinois 60606
Tel: 312-463-5000
Fax: 312-463-5001

- Its Attorneys -