**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Dudek & Bock Spring Manufacturing Co.
                                              Plaintiff,

v.                                                           Case No.: 1:07–cv–07192
                                                                Honorable Elaine E. Bucklo

Ortronics Inc
                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 15, 2008:

      MINUTE entry before Judge Elaine E. Bucklo : Scheduling conference held on 2/15/2008 and the court approved parties' scheduling order. Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) to be exchanged by the parties on or before 3/15/2008. All fact discovery to be commenced in time to be completed by 9/1/2008. Any expert reports from retained experts under Rule 26(a)(2) shall be due by plaintiff by 5/15/2008 and by defendants by 6/30/2008. Dispositive motions with supporting memoranda due by 10/1/2008. Status hearing set for 5/22/2008 at 09:30 AM.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.