IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DUDEK & BOCK SPRING MANUFACTURING CO., an Illinois corporation,<br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ORTRONICS, INC., a Connecticut corporation,<br><br>　　　　　　　Defendant. | No. 1:07-cv-07192<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Jeffrey Cole<br><br>February 29, 2008 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.17, the undersigned hereby moves to withdraw his Appearance on behalf of defendant Ortronics, Inc. ("Ortronics"). In support of this motion the undersigned represents as follows:

1. I have been appointed as a judge of the Connecticut Superior Court and expect to take the oath of office on March 5, 2008. As a result, I will not be permitted to continue in the practice of law as of that date.

2. Ortronics is still represented by Attorney Vanessa Roberts of our office and Thomas Lerdal of the Banner & Witcoff law firm.

3. Ortronics is aware of my appointment and need to withdraw from this matter.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

ME1 7172377v.1

Dated February 29, 2008

>By:_____/s/ William H. Bright, Jr._____
>William H. Bright (ct 02494)
>*wbright@mccarter.com*
>MCCARTER & ENGLISH, LLP
>CityPlace I, 36th Floor
>185 Asylum Street
>Hartford, CT  06103
>Tel: 860-275-6700
>Fax: 860-724-3397

ME1 7172377v.1

## CERTIFICATE OF SERVICE

I certify that on this 29th day of February, 2008, a copy of the foregoing was filed electronically through the Court's ECF system, which will send a notice via electronic filing to all counsel of record, including counsel for the Plaintiff as indicated below:

William T. Rodeghier, Esq.
*w.rodeghier@sbcglobal.net*
111 W. Washington Street
Suite 1150
Chicago, IL 60602

                                                   /s/ William H. Bright, Jr.
                                                  William H. Bright, Jr.

ME1 7172377v.1