# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7192 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Dudek & Bock vs. Ortronics | | |

**DOCKET ENTRY TEXT**

Motion to withdraw appearance by William H. Bright on behalf of defendant is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|