# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Dudek & Bock Spring Manufacturing Co.

                                 Plaintiff,

v.                                        Case No.: 1:07−cv−07192
                                        Honorable Elaine E. Bucklo

Ortronics Inc

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Status hearing held on 9/5/2008 and continued to 9/12/2008 at 09:30 AM. As discussed in court,parties to submit their stipulation to dismiss promptly and the court will then vacate the status after entering the order pursuant to stipulation to dismiss. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.