**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DUDEK & BOCK SPRING MANUFACTURING CO., an Illinois corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  07 C 7192 |
| ORTRONICS, INC., a Connecticut corporation. | ) ) ) | Judge Bucklo |
| Defendant. | ) ) | |

**STIPULATION TO DISMISS ACTION WITH PREJUDICE**

Plaintiff, Dudek & Bock Spring Manufacturing Co., by its duly authorized attorney, and defendant, Ortronics, Inc., by its duly authorized attorney, stipulate and agree to the entry of an Order dismissing the above-captioned matter with prejudice and without award of costs or fees, each party to bear its own costs and attorney's fees, all matters in controversy for which the above-captioned action were brought, or could have been brought, having been fully settled, compromised and adjourned.

| | |
|---|---|
| Ortronics, Inc. | Dudek & Bock Spring Manufacturing Co. |
| By s/Vanessa D. Roberts | By: s/William T. Rodeghier |
| One of Its Attorneys | Its Attorney |
| VANESSA D. ROBERTS McCARTER & ENGLISH, LLP CityPlace I, 36th Floor 185 Asylum Street Hartford, CT 06103 (860) 275-6700 | WILLIAM T. RODEGHIER 111 W. Washington Street Suite 1150 Chicago, Illinois 60602 (312) 372-1155 |