**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Dudek & Bock Spring Manufacturing Co.
                                          Plaintiff,

v.                                                       Case No.: 1:07−cv−07192
                                                           Honorable Elaine E. Bucklo

Ortronics Inc
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 5, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to Stipulation to Dismiss, this case is dismissed with prejudice and without costs and each party to bear its own fees. Status hearing set for 9/12/08 is now vacated.Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.